RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Terrence William McFarland

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRENCE WILLIAM MCFARLAND,<br><br>Defendant. | Case No.: 2:15-cr-00055-APG-PAL<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Terrence William McFarland, that the arraignment and plea currently scheduled on Thursday, March 26, 2015 at 3:00 p.m., be vacated and be continued to a date and time convenient to the Court, but no earlier than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. The defendant is not in custody and does not oppose the request for a continuance.

2. The defendant's mental health counselor, Jolene Peterson, has diagnosed the defendant with major depressive disorder. She also advised that the defendant is suicidal. Ms. Peterson advised that it would be detrimental to her treatment of the defendant to require him to travel at this time and thereby interrupt his treatment.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the arraignment and plea.

DATED this 19th day of March, 2015.

| RENE L. VALLADARES | DANIEL G. BOGDEN, |
| Federal Public Defender | United States of Attorney |

/s/ Brian Pugh                         /s/ Phillip N. Smith
By:_____      By:_____
    Brian Pugh                          Phillip N. Smith
    Assistant Federal Public Defender    Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Terrence William McFarland,<br><br>　　　　　Defendant. | Case No.: 2:15-cr-00055-APG-PAL<br><br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　　The defendant is not in custody and does not oppose the request for a continuance.

　　2.　　The defendant's mental health counselor, Jolene Peterson, has diagnosed the defendant with major depressive disorder. She also advised that the defendant is suicidal. Ms. Peterson advised that it would be detrimental to her treatment of the defendant to require him to travel at this time and thereby interrupt his treatment.

　　3.　　Denial of this request for continuance could result in a miscarriage of justice.

　　4.　　The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the arraignment and plea.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the arraignment and plea currently scheduled on Thursday, March 26, 2015 at 3:00 p.m., be vacated and continued to May 7, 2015 at the hour of 3:00 p.m.;

DATED this 23rd day March , 2015.

_____
UNITED STATES MAGISTRATE JUDGE

4