RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Terrence William McFarland

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>TERRENCE WILLIAM MCFARLAND,<br><br>             Defendant. | Case No. 2:15-cr-055-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Terrence William McFarland, that the Sentencing Hearing currently scheduled on January 20, 2016 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  An issue has arisen related to the possible application of *Johnson v. United States*, 135 S.Ct. 2551 to the defendant's sentencing guideline calculation. The parties disagree on *Johnson's* application, and request additional time to further research the issues.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 11th day of January, 2016

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRENCE WILLIAM MCFARLAND,<br><br>    Defendant. | Case No. 2:15-cr-055-APG-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 20, 2016 at 2:00 p.m., be vacated and continued to  March 3, 2016  in Courtroom 6C at the hour of  10:00   a .m.; or to a time and date convenient to the court.

DATED this  11th  day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

3